UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO ANTONIO SANCHEZ, individually and on behalf of all other similarly situated persons,

Plaintiff,

v.

EMPORIO 50 LLC, d/b/a BAR CYRK NYC, and ERIC SCHLAGMAN,

Defendants.

Case No.: 16-cv-4163-GBD

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Marco Antonio Sanchez and Defendants Emporio 50 LLC d/b/a Bar Cyrk NYC and Eric Schlagman by and through their undersigned counsel, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended through and including July 28, 2016.

Dated: July 11, 2016

**NAYDENSKIY LAW GROUP, P.C.**
*Attorneys for Plaintiff*

By: _____
Gennadiy Naydenskiy, Esq.
2747 Coney Island Ave 1517 Voorhies Ave, LL FL.
Brooklyn, NY 11235
(718) 808-2224

**SERRINS FISHER LLP**
*Attorneys for Defendants*

By: _____
Michael Taubenfeld, Esq.
233 Broadway, Suite 2340
New York, NY 10279
(212) 571-0700

SO ORDERED:

_George B. Daniels_ JUL 12 2016
Honorable George B. Daniels, U.S.D.J.