UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARCO ANTONIO SANCHEZ, *Individually and on behalf of all others similarly situated*,

                 Plaintiff,

-against-

EMPORIO 50 LLC, *doing business as* BAR CYRK NYC, and ERIC SCHLAGMAN,

                 Defendants.

------------------------------------- x



ORDER

16 Civ. 4163 (GBD)

GEORGE B. DANIELS, United States District Judge:

In this Fair Labor Standards Act case, the parties have submitted their proposed settlement agreement, (ECF No. 14, Ex. A), and a joint letter seeking judicial approval of their settlement agreement with respect to Plaintiffs' FLSA claims in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Having reviewed the proposed settlement, this Court determines that it is fair and reasonable. The settlement is approved.

The Clerk of Court is directed to close this action.

Dated: New York, New York
       September 13, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge